_____ FILED                    _____ RECEIVED
_____ ENTERED                  _____ SERVED ON
                               COUNSEL/PARTIES OF RECORD

JUL 31, 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

ROBERT O. KURTH, JR.
Nevada Bar No. 4659
**KURTH LAW OFFICE**
3420 N. Buffalo Drive
Las Vegas, NV 89129
Tel: (702) 438-5810
Fax: (702) 459-1585
Email: Robert.kurthlawoffice@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GUY T. MILLS,

                    Plaintiff,

v.

MARKS, et. al.,

                    Defendants.

**Case No. 3:22-cv-00217-RCJ-CSD**

**ORDER GRANTING STIPULATION AND ORDER TO CONTINUE INMATE EARLY MEDIATION CONFERENCE [ECF 12] (First Request)**

**STIPULATION AND ORDER TO CONTINUE INMATE EARLY MEDIATION CONFERENCE [ECF 12] (First Request)**

        **COMES NOW** the Parties, the Plaintiff, GUY T. MILLS, through his counsel, Robert O. Kurth, Jr. of the KURTH LAW OFFICE, and JESSICA BROWN, Deputy Attorney General for the OFFICE OF THE ATTORNEY GENERAL, attorneys for Interested Party, Nevada Department of Corrections, and hereby STIPULATE AND AGREE to continue the Inmate Early Mediation Conference currently scheduled for Tuesday, August 1, 2023 at 8:30 a.m. via video conference for sixty (60) days or at the Court's discretion to provide the Parties with additional time to correspond, communicate, view the area where the Plaintiff's alleged injury(ies) occurred at the Lovelock Correctional Center, and prepare for the Inmate Early Mediation Conference.

KURTH LAW OFFICE
3420 North Buffalo Drive
Las Vegas, NV 89129
(702) 438-5810

1

1        This Stipulation and Order is sought in good faith and is not for purposes of delay,

2  and is the first request for an extension of the Early Mediation Conference.

3  Dated this 28th day of July 2023.      Dated this 28th day of July 2023.

4

5  Respectfully submitted by:      Respectfully submitted by:
   **KURTH LAW OFFICE**      **AARON D. FORD, ATTORNEY GENERAL**

6   /s/ Robert O. Kurth, Jr.       /s/ Jessica Brown

7  ROBERT O. KURTH, JR.      JESSICA BROWN, Deputy Attorney General
   Nevada Bar No. 4659      Nevada Bar No. 14487

8  3420 N. Buffalo Drive      Office of the Attorney General
   Las Vegas, NV  89129      555 E. Washington Ave., Ste. 3900

9  Tel: (702) 438-5810      Las Vegas, NV 89101
   Fax: (702) 459-1585      Tel:(702) 486-3326

10 Email: Robert.kurthlawoffice@gmail.com  Fax: (702) 486-3773
   Attorney for Plaintiff      Email: j.brown@ag.nv.gov

11                       Attorneys for Interested Party,

12                       Nevada Department of Corrections

13

14

15                             **ORDER**

16 In consideration of the Stipulation by the parties and good cause appearing therefore, the Inmate

17 Early Mediation Conference currently scheduled for Tuesday, August 1, 2023 at 8:30 a.m. is

18 continued to be rescheduled to a date convenient with the court, mediator and parties.
   **IT IS SO ORDERED**

19

20  DATED:  July 31, 2023.

21

22  _____
    **UNITED STATES MAGISTRATE JUDGE**

23

24

25

26

27

28

KURTH LAW OFFICE
3420 North Buffalo Drive
Las Vegas, NV 89129
(702) 438-5810